THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LEE, Appellant. [887 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael L. D'Amico, J.—Attempted Robbery, 1st Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY LEE, Appellant. [887 NYS2d 921]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael L. D'Amico, J—Forgery, 2nd Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEVIN MARTIN, Appellant, v WILLIAM HULIHAN, Superintendent, Mid-State Correctional Facility, Respondent. [887 NYS2d 924]—Appeal dismissed without costs as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Supreme Court, Oneida County, John W. Grow, J.—Habeas Corpus). Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. ZAYAS, Appellant. [887 NYS2d 920]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Joseph D. Valentino, J.—Criminal Possession of a Weapon, 3rd Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Centra and Peradotto, JJ.